IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | No. CR14-01059-TUC-RCC(BGM) |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Luis Alberto Borbon, *et al.*, | ) | |
| Defendant. | ) | |

The Court having made a de novo review of the Report and Recommendation filed by Magistrate Judge Macdonald (Doc. 80);

**IT IS ORDERED** the Court adopts the recommendations of the Magistrate Judge and **DENIES** the Motion to Suppress Evidence (Doc. 30) and Motion to Suppress Statements (Doc. 31).

DATED this 13th day of February, 2015.

_____
Raner C. Collins
United States District Judge